**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:26-cr-20204-TLP |
| | ) | |
| MARKIEL CENTERS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS INDICTMENT**

COMES NOW the United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Steven N. Andrews, Special Assistant United States Attorney, and respectfully requests that this matter is dismissed by this Court without prejudice.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By: *s/Steven N. Andrews*
Steven N. Andrews (P86263)
Special Assistant United States Attorney
167 N. Main, Suite 800
Memphis, TN 38103
(202) 600-0138
Steven.andrews@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Steven N. Andrews, Special Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been sent via the Court's electronic filing system.

This 1st Day of July, 2026.

By: *s/Steven N. Andrews*

Steven N. Andrews (P86263)
Special Assistant United States Attorney
167 N. Main, Suite 800
Memphis, TN 38103
(202) 600-0138
Steven.andrews@usdoj.gov